469 A.2d 288

Commonwealth v. Luther, Appellant.

Submitted December 1, 1983. Kevin Lee Sanders, for appellant; Gerald Long, District Attorney, for Commonwealth, appellee.

578

Before ROWLEY, WIEAND and HESTER, JJ.

Judgment of sentence is vacated and this case is remanded to the trial court for resentencing.